IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Willie Henry Fedrick Jr.
**Plaintiff(s)/Petitioner(s)**

vs.

CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

State of Alabama E.T. AL.
**Defendant(s)/Respondent(s)**

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Willie Henry Fedrick Jr., a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in <u>forma pauperis</u> in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Double Jeopardy; Sentence has expired and the petitioner is still in custody. The Court did not give the petitioner a revocation hearing and is due process under the 14th Amendment of the Constitution.

II. **RESIDENCE:**
Your address: Frank Lee Youth Center P.O. Box 220410
(Street)
Deatsville      Alabama      36022-0410
(City)          (State)      (Zip Code)

III. **MARITAL STATUS:**
1. Single _____  Married _____  Separated _____  Divorced ✓
2. If married, spouse's full name: _____

IV. **DEPENDENTS:**
1. Number: 2
2. Relationship to dependent(s): Father
3. How much money do you contribute toward your dependents' support on a monthly basis? $ 200

Revised 2/4/05

V.   **EMPLOYMENT:**
   1. Name of employer: _____
      a. Address of employer: _____
                                    (Street)

       _____
          (City)        (State)      (Zip Code)
      b. How long have you been employed by present employer?
         Years: _____        Months _____
      c. Income: Monthly $_____ or Weekly $_____
      d. What is your job title? _____

   2. If unemployed, date of last employment: *September 2004*
     Amount of salary and wages received per month in last employment: $ *2400*

   3. Is spouse employed? _____ If so, name of employer: _____
     _____
      a. Income: Monthly $_____ or Weekly $_____
      b. What is spouse's job title? _____

   4. Are you and/or your spouse receiving welfare aid? _____
     If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _____
      b. Full Address: _____
      c. In whose name: _____
      d. Estimated value - - - - - - - - - - - - - - - - - - - - - $ *0*
      e. Total amount owed - - - - - - - - - - - - - - - - - - - $ *0*
         Owed to: _____ $ *0*
                _____ $ *0*

      f. Annual income from property - - - - - - - - - - - - - $ *0*

   2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
      a.                            Asset (1)         Asset (2)

|  | Asset (1) | Asset (2) |
|---|---|---|
| Make & Model: | N/A | N/A |
| In whose name registered? | | |
| Present Value of Asset: | | |
| Amount owed: | | |
| Owed to: | | |

      b. Total cash in banks, savings and loan associations, prisoner accounts,

2

financial institutions, other repositories, or anywhere else - $ _____

 c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:
Business, profession or other forms of self-employment - $ __0__
Rent payments, interest or dividends -------------- $ __0__
Pensions, annuities or life insurance payments ------- $ __0__
Gifts or inheritances ------------------------- $ __0__
Stocks, bonds or notes ----------------------- $ __0__
Tax refunds, Veteran benefits or social security benefits $ __0__
Any other sources --------------------------- $ __0__

3. Obligations:
 a. Monthly rental on house or apartment ----------- $ __0__
 b. Monthly mortgage payments on house ----------- $ __0__

4. Other information pertinent to your financial debts and obligations:
__None__

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)
__Department of Corrections__
_____
_____
_____

Other (Explain): _____
_____
_____
_____

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

7/13/05
DATE

Willie D. Sedrick Jr. AIS# 240377
SIGNATURE OF PLAINTIFF/PETITIONER

Frank Lee Youth Center P.O. Box 220410
**ADDRESS**
Deatsville, AL. 36022-0410

4

**VIII.   FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion.  The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution.  Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).  I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($250.00 for a civil action, $5.00 for a habeas corpus petition, or $255.00 for an appeal).

_____       _____
          DATE                         SIGNATURE OF PLAINTIFF/PETITIONER


**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _33.51_ on account to his/her credit at _Frank Lee Youth Center_ (name of institution).  I further certify that during the past six months the applicant's average monthly balance was $ _35.00_.  I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _152.70_.  (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_7/13/05_                          _Cathy Pepper_
     DATE                          SIGNATURE OF AUTHORIZED OFFICER

5

```
                          STATE OF ALABAMA                              INMACP
                       DEPARTMENT OF CORRECTIONS
                        FRANK LEE YOUTH CENTER
```

TRANSACTION INFORMATION BY AIS# ▓▓▓ JAN 01 2005 THRU JUL 13 2005 ▓▓▓

AIS#: 240377         NAME: FREDRICK, WILLIE        BED NBR: 004031        PMOD BALANCE: ▓▓▓▓

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C. O. P. DEDUCTED | CURRENT BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2005 | $ .00 | MARK STEVENSON | 2005004293 | MISC RECEIPTS | $ 25.00 | $ .00 | $ 25.00 |
| 07/01/2005 | $ 25.00 | INST. TRANSFER | 2005004338 | MISC RECEIPTS | $ 33.06 | $ .00 | $ 58.06 |
| 07/05/2005 | $ 58.06 | PMOD ACCOUNT | 2005007975 | CANTEEN SALES | $ 21.93 | N/A | $ 36.13 |
| 07/05/2005 | $ 36.13 | PMOD ACCOUNT | 2005007976 | CANTEEN SALES | $ 2.62 | N/A | $ 33.51 |
| | | | | TOTALS: | $ 82.61 | $ .00 | |

LAST PAGE:    1         X = C.O.P. ESCROW        * = ERROR IN BALANCES