```
UNITED STATES
DISTRICT COURT
Southern District of Alabama
Southern Division

# 00052609 - SK
August 26, 2005

Code    Case #      Qty        Amount

HABEAS C cv-05-419 - BH         5.00 MO
Debtor - 2254 filing fee - W. Fedrick


TOTAL ->                        5.00


FROM: WILLIE FEDRICK
```