| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _John Cummins II_<br>B. Received by (Printed Name): JOHN CUMMINS II<br>C. Date: 8/2<br>D. Is delivery address different from item 1?<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>John Cummins<br>Frank Lee Youth Center<br>P.O. Box 220410<br>Deatsville, AL  36022-0410 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for M<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) |
| 2. Article Number (Transfer from service label)  7000 1670 0005 9376 66 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102 |