# COURT OF CRIMINAL APPEALS NO. CR-99-1209

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

### FROM

## CIRCUIT COURT OF ___HOUSTON___ COUNTY, ALABAMA

CIRCUIT COURT NO. ___CC-99-653 & 1623___

CIRCUIT JUDGE ___Edward Jackson___

**Type of Conviction / Order Appealed From:** Criminal Trespassing I and Possession of Marijuan I

**Sentence Imposed:** 12 months to run CC with 3 years, $100.00 Fine and $50.00 Victim Comp
in each case

**Defendant Indigent:** ☒ YES  ☐ NO

Willie Henry Fedrick Jrl

___Hon. David Hogg___  ___794-8559___
(Appellant's Attorney)         (Telephone No.)          **NAME OF APPELLANT**

___188 N. Foster St.  Suite 102A___
(Address)

___Dothan___  ___Alabama___  ___36303___
(City)      (State)      (Zip Code)

### STATE OF ALABAMA

**V.**

(State represented by Attorney General)

NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

**NAME OF APPELLEE**

_____

_____

(For Court of Criminal Appeals Use Only)



EXHIBIT
1

CLERK'S INDEX OF RECORD

CASE ACTIONS                                                                   1 – 6

INDICTMENTS                                                                    7 – 10

CONTINUED THE ARRAIGNMENT                                                      11

ARRAIGNMENT                                                                    12 – 13

ORDER TO PRODUCE                                                               14

WAIVER OF ARRAIGNMENT                                                          15

ORDER TO PRODUCE                                                               16

MOTION FOR DISCOVERY                                                           17 – 18

MOTION FOR COMPLETE RECORDING AND TRANSCRIPT OF ALL PROCEEDINGS                19

ORDER ON MOTIONS                                                              20

CONSOLIDATIONS                                                                21 – 22

MOTION TO CONTINUE                                                            23

EXPLANATION OF RIGHTS AND PLEA OF GUILTY                                      24 – 25

JUDGMENTS                                                                     26 – 27

ORAL NOTICES OF APPEAL                                                        28 – 29

MOTION TO WITHDRAW                                                            30 – 31

CLERK'S NOTICES OF APPEAL                                                     32 – 33

APPOINTMENT OF COUNSEL                                                        34

PREVIOUS COUNSEL ALLOWED TO WITHDRAW                                          35

DOCKETING STATEMENT AND COURT REPORTER'S TRANSCRIPT ORDER                     36 –39

COURT REPORTER'S TRANSCRIPT                                                   1 – 13

CERTIFICATE OF COMPLETION                                                     53

RUN DATE: 06/04/1999

IN THE CIRCUIT COURT OF HOUSTON

STATE OF ALABAMA                    VS        FEDRICK WILLIE HENRY    JR
                                              400 MONA DR
CSE: CC 1999 000653.00                        APT 1
                                              DOTHAN, AL  36303 0000

JUDGE: SEJ

DOB: 06/28/1965        SEX: M  RACE: B  HT: 5 10  WT: 150   HR: BLK EYES: BRO
SSN: 419067078    ALIAS NAMES:

CHARGE01: BURGLARY 1ST DEGREE    CODE01: BUR1  LIT: BURGLARY 1ST  TYP: F #: 001
OFFENSE DATE: 10/31/1998                      AGENCY/OFFICER: 0380100 JOHNSON

DATE WAR/CAP ISS:
DATE   INDICTED: 05/27/1999                DATE ARRESTED: 11/02/1998
DATE   RELEASED: 12/24/1998                DATE   FILED: 06/04/1999
BOND   AMOUNT:      $10,000.00             DATE  HEARING:
                                           SURETIES:
DATE 1: 06/23/1999   DESC: ARRG
DATE 2: 08/16/1999   DESC: JTRL            TIME: 0900 A
                                           TIME: 0830 A
DEF/ATY: SMITH, JACK W             TYPE: A
         PO BOX 728      P. Logsdon (A)                    TYPE:
         DOTHAN         AL 36303    David Hogg
PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: DC199800248300 CHK/TICKET NO: WR98-7245
COURT REPORTER:                                           GRAND JURY: 000000
DEF STATUS: BOND               SID NO:  000000000
                               DEMAND: Y                  OPER: JUB

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6-23-99 | Cont'd Ault. Edward Jackson, Judge |
|  | (6-29-99 N.JS, DA) |
| 7-2-99 | **WAIVER OF ARRAIGNMENT** |
|  | 8-17        99 |
|  | Within 14 days of this order, the state and the defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the state will make any exculpatory materials available to the defense. The state will make its materials at the District Attorney's office and the defense will do likewise at defense counsel's office. |
|  | CIRCUIT JUDGE |
|  | (8-19-99 N-JS, DA) |

2/8/00

This case consolidated for trial with companion cases/CC99-1623 unless written objections filed by 2/10/00 at 9:00 A.M. at which time hearing thereon to be held.

DONE this 8th day of Feb. A. 2000

Edward Jackson, Judge
CIRCUIT JUDGE

(2-9-2000 NJS, DA)

2/15/00

On this day appeared the Defendant with his attorney and, with the consent and approval of his attorney, withdrew his plea of not guilty and entered a plea of guilty to

Criminal Trespass I

Before accepting Defendant's plea of guilty, the Court advised the Defendant of all of his constitutional rights with the colloquy being taken down by the court reporter. The Court then permitted the Defendant to withdraw his plea of not guilty and enter a plea of guilty to said charge. The Court inquired of Defendant if he had anything to say why judgement and sentence should not now be pronounced upon him and Defendant said nothing. It is therefore ordered and adjudged by the Court that the Defendant is guilty as charged and as a punishment Defendant is hereby sentenced to _____

☐ the penitentiary of the State of Alabama for a term of _____

☑ Houston County Jail County jail for a term of 12 months concurrent with CC 99-1623 on which he is hereby sentenced to spend incarcerated pending trial. Defendant is also ordered to pay

restitution to _____ in the amount of _____, a Fine of $100 and a victim compensation assessment of $50 as well as all Court Costs.

The sentence is suspended for a period of _____ on payment of fine, costs, and restitution and good behavior.

Judge
JUDGE

2-15-2000  Deft makes application for probation

3-14-2000  Probation granted for 3 years after serving 6 month in Co. Jail.

3-14-2000  Deft. gives oral notice of appeal. Appeal Bond set at $15,000.00 Only one appeal bond of $5000.00 for CC99/653 & 1623.
Free transcript ordered, Hon. Phil Sharp appointed atty on appeal. notified Jail, DA, CR, Dept. J.R.L,

# CASE ACTION SUMMARY
## CONTINUATION

Case 2:05-cv-00410-MEF-CSC   Document 7-2-2   Filed 09/13/2005   Page 5 of 56

| | CC- | 99 | - 653 | 3 |
|---|---|---|---|---|
| | ID | YR | Number | |

Case Number

Style:   Willie Henry Fedrick Jr.

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3-21-00 | Mailed Clerk's Notice of Appeal to CCA, AG, DA, CR, Deft, & P. Logsdon. |
| 3-15-00 | Motion to Withdraw. |
| 3-22-00 | See Order on CC-99-1623 |
| 3-23-00 | See Order on CC99-1623 |
| 3-27-00 | N: CCA, AG, DA, CR, Deft, PL, DH. |

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM
OPER: PAS                   CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL           CASE: CC 1999 001623. 00

                                                          RUN DATE: 10/26/1999
```

THE CIRCUIT COURT OF   HOUSTON

STATE  OF  ALABAMA                    VS      FEDRICK WILLIE HENRY
                                              402 MONA DRIVE APT 1
CASE: CC 1999 001623. 00                                      JUDGE: SEJ

                                      DOTHAN, AL  36301 0000

```
DOB: 06/28/1965           SEX: M  RACE: B  HT: 5 10  WT: 150   HR: BLK EYES: BRO
SSN: 419067078  ALIAS NAMES:

CHARGE01: POSS MARIJUANA 1ST   CODE01: VAPF  LIT: POSS MARIJUANA TYP: F #: 001
OFFENSE DATE: 05/23/1999                     AGENCY/OFFICER: 0380100 NELMS

DATE WAR/CAP.ISS:
DATE   INDICTED: 10/12/1999      DATE ARRESTED: 05/23/1999
DATE   RELEASED: 05/24/1999      DATE   FILED: 10/26/1999
BOND    AMOUNT:      $5,000.00 S DATE HEARING:
                                 SURETIES:
DATE 1: 11/10/1999  DESC:  ARRG
DATE 2: 12/13/1999  DESC:  JTRL     TIME: 0900 A
                                    TIME: 0830 A
TRACKING NOS: DC 1999 001319 00  /
```

DEF/ATY: ~~LOGSDON, PHYLLIS J~~       .TYPE: A
         ~~207 WEST TROY STREET~~  *David Hogg*                      TYPE:

         DOTHAN        AL 36301

PROSECUTOR: VALESKA, DOUGLAS A

```
      CSE: DC199900131900 CHK/TICKET NO: WR99-7835
      T REPORTER:              SID NO:             GRAND JURY:  000000
   STATUS: BOND                DEMAND: Y   000000000
DATE        ACTIONS,  JUDGEMENTS,  AND  NOTES                  OPER: PAS
```

11-8-99 ┃ **WAIVER OF ARRAIGNMENT**

        ┃ 11-15          99

        ┃ Within 14 days of this order, the state and the
        ┃ defendant will make available for inspection
        ┃ and copying all materials discoverable
        ┃ under the Alabama Rules of Criminal Procedure.
        ┃ In addition, the state will make any
        ┃ exculpatory materials available to the defense.
        ┃ The state will make its materials at the
        ┃ District Attorney's office and the defense
        ┃ will do likewise at defense counsel's office.

        ┃          **CIRCUIT JUDGE**

        ┃ 11-16-99  n. O. L. DA

CC-99-1623   Willie Henry Fedrick

5

1-12-99—Motion for discovery.

11-12-99—Motion for complete recording and transcript of all proceeding.

11-18-99 Motion for complete recording and transcript of all proceedings denied except as to those proceedings required by law.

(11-18-99-N-Q.L.DA)   Edward Jackson, Judge

This case consolidated for trial with companion cases unless written objections filed by 2/10/00 at 9:00 A.M. at which time hearing thereon to be held.

DONE this 8th day of Feb, 2000

Edward Jackson, Judge

CIRCUIT JUDGE

(2-9-2000-N-Q.L.DA)

2/15/00

this day appeared the Defendant with his attorney and, with the consent and approval of his attorney, withdrew his plea of not guilty and entered a plea of guilty to POINT

Before accepting Defendant's plea of guilty, the Court advised the Defendant of all of his constitutional rights with the colloquy being taken down by the court reporter. The Court then permitted the Defendant to withdraw his plea of not guilty and enter a plea of guilty to said offense. The Court inquired of Defendant if he had anything to say why judgement and sentence should not be pronounced upon him and Defendant, said nothing. It is therefore, ordered and adjudged by the Court that the Defendant is guilty of said charge and as a punishment Defendant is hereby ordered sentenced to

☒ the penitentiary of the State of Alabama for a term of 3 yrs

☐ Houston County Jail at hard labor for a term of _____ on which he is hereby given credit for any time spent incarcerated pending trial. Defendant is also ordered to pay

restitution to _____ in the amount of _____, a fine of $100 and a victim compensation assessment of $50, as well as all Court Costs.

Sentence is suspended for a period of _____ on payment of costs, and restitution and good behavior.

JUDGE

3-14-2000 - Deft. placed on probation for 3 years after serving 6 months in Co. Jail.

3-14-2000 - Deft. given oral notice of appeal. Appeal Bond set at $5,000.00 Only one appeal bond of $5,000.00 for CC/99/653 & 1623.

Free hearing order Hon. Phyllis Logan appointed atty on appeal notified Jail, DA, CR, Deft, JO, QL

2-15-2000 Deft. makes application for probation

State of Alabama
Unified Judicial System

Form C-7 Rev. 2/79

**CASE ACTION SUMMARY**
**CONTINUATION**

Case Number

CC-99-1623

| ID | YR | Number |

Case 5:05-cv-01041-IPJ-TMP   Document 11-2   Filed 03/23/2005   Page 8 of 56

6

Style:

Willie Henry Fedrick

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-21-00 | Mailed Clerk's Notice of Appeal to CCA, AG, DA, CR, Deft, & P. Logsdon. |
| 3-15-00 | Motion to Withdraw. |
| 3-22-00 | Hon. Phyllis Logsdon, And David Hogg Appointed to Represent Defendant On Appeal. <br> Edward Jackson, Judge |
| 3-22-00 | Notified <br> CCA. AG. DA. CR. Dft. PL. David Hogg |
| 3/23/00 | The Court's order dated 3/22/00 is Amended, to Allow Hon. Phyllis Logsdon to Withdraw As Attorney for Defendant. Edward Jackson, Judge |
| 3-27-00 | N. CCA. AG. DA. CR. Dft. PL. DH. |

Grand Jury No. 237

Case No. CC-99-653

## INDICTMENT

The State of Alabama

Houston County

}

CIRCUIT COURT
TWENTIETH JUDICIAL
**MAY TERM, 1999**

### COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, WILLIE HENRY FEDRICK, whose name is otherwise unknown to the Grand Jury, did knowingly enter or remain unlawfully in a dwelling , the residence of PAULA MCNEALY with intent to commit a crime therein, to-wit: CRIMINAL MISCHIEF and while effecting entry or while in the dwelling or in immediate flight therefrom, he was armed with a deadly weapon, to-wit:A KNIFE, in violation of Section 13A-7-5 of the Code of Alabama, against the peace and dignity of the State of Alabama.

Douglas Albert Valeska
District Attorney

THE STATE OF ALABAMA
Houston County

Witnesses for Agency No.0198009714

DOUG JOHNSON, POLICE DEPT, DOTHAN, AL  36301
PAULA MCNEALY, 312 MONA DR. APT. 2, DOTHAN, AL  36303
CHRISTOPHER SMITH, 218 MONA DR #4, DOTHAN, AL  36303

THE CIRCUIT COURT
Twentieth Judicial Circuit

THE STATE
vs.

WILLIE HENRY FEDRICK

arges: 1.  BURGLARY 1ST DEGREE

#237

## A TRUE BILL

*P B Wilcox*

Foreman of the Grand Jury

Presented to the presiding Judge in open court foreman of the Grand Jury, in the presence of 16 Grand Jurors and filed in open court by order of the court on this the 27th day of _May_ , 19 99 .

*Judy G Byrd*

Clerk

## INDICTMENT

NO. PROSECUTOR

Upon the arrest of Defendant let him be admitted to bail on giving bond in the sum of

_$10,000_ Dollars

With security to be approved by the Sheriff.

Judge Presiding

## INDICTMENT

The State of Alabama

Houston County

}

### CIRCUIT COURT
### TWENTIETH JUDICIAL
**OCTOBER TERM, 1999**

### COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, WILLIE HENRY FEDRICK, whose name is otherwise unknown to the Grand Jury, did unlawfully possess MARIJUANA, for other than personal use, in violation of Section 13A-12-213 of the Code of Alabama, against the peace and dignity of the State of Alabama.

Douglas Albert Valeska

District Attorney

---

THE STATE OF ALABAMA

Houston County

THE CIRCUIT COURT

Twentieth Judicial Circuit

THE STATE

vs.

WILLIE HENRY FEDRICK

Witnesses for Agency No. **0199004336**

MARK NELMS, DOTHAN POLICE DEPARTMENT, DOTHAN, AL 36301
JASON YOUNGBLOOD, DPD, DOTHAN, AL 36301

---

Charges: 1. UNLAWFUL POSSESSION OF MARIJUANA FIRST DEGREE

# A TRUE BILL

_____
Foreman of the Grand Jury

Presented to the presiding Judge in open court
foreman of the Grand Jury, in the presence of
_15_ Grand Jurors and filed in open court
by order of the court on this the _5th_ day
of _Oct_, 19_99_.

_____
                                    Clerk

# INDICTMENT

NO PROSECUTOR

Upon the arrest of Defendant let him be admitted
to bail on giving bond in the sum of

_____ $5,000 _____ Dollars

With security to be approved by the Sheriff.

_____
Judge Presiding

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|--------------------------------|
| 6-23-99 | Cont'd. *cuit*. Edward Jackson, Judge |
| | (6-29-99 *m.g.s., d.a.*) |

State of Alabama
Unified Judicial System

Form C-69    Rev    6/88

**PLEA OF NOT GUILTY**
**AND WAIVER OF ARRAIGNMENT**

CC 99-653

IN THE _____Circuit_____ COURT OF _____Houston_____ COUNTY

STATE OF ALABAMA v. _____Willie Henry Fedrick, Jr._____

COMES NOW the Defendant in the above styled matter, and to the offense charged enters a plea of Not Guilty

Defendant further waives the right to have an Arraignment at which the Defendant is present in person, or at which the Defendant is represented by an attorney.

But, the Defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the Court, to interpose any special pleas or additional pleadings which the Defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is _____6-28-65_____. Defendant's age is _____34_____
The Defendant is not eligible for consideration by the Court for Youthful Offender status as provided by law.

_____7-2-99_____
Date

_____7-2-99_____
Date

_____Willie Henry Fedrick Jr._____
Defendant    Willie Henry Fedrick, Jn.

_____Jack W. Smith_____
Attorney for Defendant    Jack W. Smith

This is to certify that I am the Attorney for the Defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the Defendant. I further state to the Court that I have explained to the Defendant his right to be Arraigned in person and his right to have me represent him at Arraignment. I further certify to the Court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY ADDITIONAL PLEADINGS OR SPECIAL PLEAS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM THAT IN THE EVENT HE FAILS TO APPEAR ON THE DATE HIS CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS BOND. I further certify to the Court that I have advised my client that he is responsible for obtaining the date his case is set for trial in this matter and that in the event he fails to appear on the date his case is set for trial all appropriate legal action will be taken by the Court against the Defendant and his bond, and I hereby certify that the Defendant knows that he is personally responsible for obtaining the date his case is set for trial and for being present in Court on that date.

_____7-2-99_____
Date

_____Jack W. Smith_____
Attorney for Defendant Signature

_____Jack W. Smith_____
Printed Attorney's Name

_____P.O. Box 728, Dothan, AL 36302_____
Address

[stamp: 123456789 JUL 1999]

This is to certify that my Attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the Court that I do not wish to be personally present at an Arraignment in this case and that I do not want to have an Attorney represent me at an Arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the Court that I have been informed of the charge against me.

_____7-2-99_____
Date

_____Willie Henry Fedrick Jr._____
Defendant Signature    Willie Henry Fedrick, Jn.

Filed in office this date _____

Clerk _____

By: _____

COURT RECORD (Original)        DEFENDANT (Copy)        ATTORNEY (Copy)

| State of Alabama<br>Unified Judicial System | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | Case Number |
|---|---|---|
| Form CR-9    Rev. 3/95 | | CC-99-553 |

IN THE ____CIRCUIT____ COURT OF ____HOUSTON____ ALABAMA
      (Circuit, District, or Municipal)                     (Name of County or Municipality)

☐ STATE OF ALABAMA  v. ___WILLIE HENRY FEDRICK, JR.___ , Defendant

COMES NOW the Defendant in the above styled matter, and to the offense charged enters a plea of

☒ Not Guilty

☐ Not Guilty by Reason of Mental Disease or Defect

☐ Not Guilty and Not Guilty by Reason of Mental Disease or Defect

Defendant acknowledges receipt of the copy of the charge against him and further waives the right to have an Arraignment at which the Defendant is present in person, or at which the Defendant is represented by an attorney.

But, the Defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the Court, to interpose any defenses, objections, or motions which the Defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is _____6/28/65_____     Defendant's age is _____34_____

The Defendant is not eligible for consideration by the Court for Youthful Offender status as provided by law.

____August 10, 1999____          ✗ _Willie Henry Fedrick Jr._
Date                                  Defendant   Willie Henry Fedrick, Jr.

____August 10, 1999____          _Jack W Smith_
Date                                  Attorney for Defendant   Jack W. Smith

This is to certify that I am the Attorney for the Defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the Defendant. I further state to the Court that I have explained to the Defendant his right to be Arraigned in person and his right to have me represent him at Arraignment. I further certify to the Court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY DEFENSES, OBJECTIONS, OR MOTIONS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM THAT IN THE EVENT HE FAILS TO APPEAR ON THE DATE HIS CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS BOND. I further certify to the Court that I have advised my client that he is responsible for obtaining the date his case is set for trial in this matter and that in the event he fails to appear on the date his case is set for trial all appropriate legal action will be taken by the Court against the Defendant and his bond, and I hereby certify that the Defendant knows that he is personally responsible for obtaining the date his case is set for trial and for being present in Court on that date.

____August 10, 1999____          ✗ _Jack W Smith_
Date                                  Attorney for Defendant Signature   Jack W. Smith

I certify that I served a copy of the foregoing plea and waiver of arraignment on the Prosecutor by mailing/delivering a copy of the same to him on

____August 10, 1999____ .
            (Date)

_Jack W. Smith_
Printed or Typed Attorney's Name

_P. O. Box 728, Dothan, AL 36302_
Address

This is to certify that my Attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the Court that I do not wish to be personally present at an Arraignment in this case and that I do not want to have an Attorney represent me at an Arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the Court that I have been informed of the charge against me and have received a copy of the charge.

FILED

____August 10, 1999____          ✗ _Willie Henry Fedrick_
Date                                  Defendant Signature   Willie Henry Fedrick, Jr.

Filed in office this date ____AUG 11 1999____

_____   By: _____
Clerk

| Rule 14 | COURT RECORD (Original)   DEFENDANT (Copy)   ATTORNEY (Copy) |
|---|---|

JUDY BYRD, CLERK
HOUSTON CO., AL

8-17                    99

Within 14 days of this order, the state and the
defendant will make available for inspection
and copying all materials discoverable
under the Alabama Rules of Criminal Procedure.
In addition, the state will make any
exculpatory materials available to the defense.
The state will make its materials at the
District Attorney's office and the defense
will do likewise at defense counsel's office.

CIRCUIT JUDGE

(8-12-92 R. J5, Sd)

| State of Alabama<br>Unified Judicial System<br><br>Form C-69    Rev    6/88 | PLEA OF NOT GUILTY<br>AND WAIVER OF ARRAIGNMENT | Case Number<br><br>*CC-99-1623* |
|---|---|---|

IN THE _____*Circuit*_____ COURT OF _____*Houston*_____ COUNTY

STATE OF ALABAMA v. _____*Willie Henry Sebruck*_____

COMES NOW the Defendant in the above styled matter, and to the offense charged enters a plea of Not Guilty

Defendant further waives the right to have an Arraignment at which the Defendant is present in person, or at which the Defendant is represented by an attorney.

But, the Defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the Court, to interpose any special pleas or additional pleadings which the Defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is ____*6/08/65*____. Defendant's age is ____*34*____
The Defendant is not eligible for consideration by the Court for Youthful Offender status as provided by law.

_____*11/8/99*_____
Date

_____*11/8/99*_____
Date

Defendant

Attorney for Defendant

This is to certify that I am the Attorney for the Defendant in this matter, and that I have fully explained this form and matters set forth herein, and pertaining hereto, to the Defendant. I further state to the Court that I have explained the Defendant his right to be Arraigned in person and his right to have me represent him at Arraignment. I further certify to the Court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY ADDITIONAL PLEADINGS OR SPECIAL PLEAS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM THAT IN THE EVENT HE FAILS TO APPEAR ON THE DATE HIS CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS BOND. I further certify to the Court that I have advised my client that he is responsible for obtaining the date his case is set for trial in this matter and that in the event he fails to appear on the date his case is set for trial all appropriate legal action will be taken by the Court against the Defendant and his bond, and I hereby certify that the Defendant knows that he is personally responsible for obtaining the date his case is set for trial and for being present in Court on that date.

_____*11/8/99*_____
Date

**FILED**

NOV 0 8 1999

Clerk

Attorney for Defendant Signature

PHYLLIS J. Logsdon
Printed Attorney's Name

207 West Troy Street
Dothan, AL 36303
Address

This is to certify that my Attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the Court that I do not wish to be personally present at an Arraignment in this case and that I do not want to have an Attorney represent me at an Arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the Court that I have been informed of the charge against me.

_____*11/8/99*_____
Date

Defendant Signature

Filed in office this date _____

Clerk _____    By: _____

COURT RECORD (Original) .    DEFENDANT (Copy)    ATTORNEY (Copy)

11-15        99

Within 14 days of this order, the state and the
defendant will make available for inspection
and copying all materials discoverable
under the Alabama Rules of Criminal Procedure.
In addition, the state will make any
exculpatory materials available to the defense.
The state will make its material in at the
District Attorney's office and the defense
will do likewise at defense counsel's office.

CIRCUIT JUDGE

(11-16 99 n.O.L. DO)

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| V. | * | HOUSTON COUNTY, ALABAMA |
| WILLIE HENRY FEDRICK, | * | CRIMINAL DIVISION |
| DEFENDANT. | * | CASE NO. CC-99-1623 |

## MOTION FOR DISCOVERY

Comes now the Defendant, WILLIE HENRY FEDRICK, by and through his undersigned attorney, and moves this Honorable Court to order that the State disclose the following:

1.    The names and addresses of all witnesses against the Defendant;

2.    The names and addresses of all witnesses know to the State having information exculpatory to the Defendant;

3.    Copies of all written statements taken in the course of the investigation of this case by the State or any officer, agent, investigator acting in its behalf;

4.    The substance of any and all oral statements made to the State, its officers, investigators, or agents in the course of the investigation of this case or either exculpatory to the Defendant or upon which the State intends to rely in the prosecution of this case;

5.    The production of any and all other objects or things in the possession of the State or known or obtainable by it, its officers, investigators, or agents, exculpatory of the Defendant or upon which the State intends to rely in the prosecution of this case;

6.    The production of any results or reports of physical or mental examinations or scientific tests or experiments;

7.    Any and all tape recordings & stenographic transcriptions of admissions, confessions & statements of the Defendant given at any time or place to

any officer of the Sheriffs Department, (ABI), the District Attorney or any representative of the that office, or to any other law enforcement officer of agent;

8.    Any and all tangible objects books, papers or documents, currency, weapons, pictures, etc. obtained from the Defendant or any other person related to the changes against Defendant;

9.    Any and all evidence which is exculpatory of the Defendant and of which the State is aware or becomes aware.

Respectfully submitted,

PHYLLIS J. LOGSDON (001)
Attorney for Defendant
207 W. Troy Street
Dothan, AL   36303
(334) 793-7771

**FILED**

**NOV 1 2 1999**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the District Attorney by hand-delivering same to his office in the Houston County Courthouse, Dothan, Alabama, this ___ day of ___, 1999.

| | |
|---|---|
| STATE OF ALABAMA | * IN THE CIRCUIT COURT OF |
| V. | * HOUSTON COUNTY, ALABAMA |
| WILLIE HENRY FEDRICK, | * CRIMINAL DIVISION |
| DEFENDANT. | * CC-99-1623 |

## MOTION FOR COMPLETE RECORDING AND
## TRANSCRIPT OF ALL PROCEEDING

COMES NOW the Defendant, WILLIE HENRY FEDRICK, in the above stated case, and moves the Court for an Order directing the Court Reporter to take down and record all hearings on all motions, the arraignment, all objections, all bench conferences, all jury voir dire, opening statements, closing arguments, all testimony and each and every proceeding involved in pre-trial and trial in the above stated case, including all conferences held between the District Attorney of this Circuit and any Circuit Court Judges concerning the above entitled case when the defendant or defense counsel is not present; and

Defendant further requests that the Occupation List of the Jury Venire and the Clerk's Strike List each be made a part of the record.

**FILED**

**NOV 1 2 1999**

JUDY BYRD, CLERK
HOUSTON CO., AL

Respectfully submitted,

PHYLLIS J. LOGSDON (LOG-003)
Attorney for Defendant
207 W. Troy Street
Dothan, AL  36303
(334) 793-7771

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the District Attorney by hand-delivering same to his office in the Houston County Courthouse, Dothan, Alabama, this 12 day of _____, 1999.

Of Counsel

11-18-99 Motion for complete recording and transcript
of all proceedings denied except as to those
proceedings required by law.

(11-18-99-N-O.L. D.) Edward Jackson, Judge

C  -653  Willie Henry Fedrick

2/8/00

**This case consolidated for trial with companion cases/unless written objections filed by 2/10/00** at 9:00 A.M.
**at which time hearing thereon to be held.**
**DONE this** 8th **day of** Feb. A.D. 2000

Everet Ralson, Judge

CIRCUIT JUDGE

(2-9-2000, RJS, DA)

This case consolidated for trial with companion
cases unless written objections filed by 2/10/00 at 9:00 A.M.
at which time hearing thereon to be held.
DONE this 8th day of Feb, A, D 2000

Edward Jackson, Judge
CIRCUIT JUDGE

(2-9-200-n -C.L.Da)

IN THE CIRCUIT COURT, IN AND FOR DALE COUNTY, ALABAMA

STATE OF ALABAMA,          }
                       }
        Plaintiff,       }
                       }    CC 1999-653
vs.                       }
                       }
WILLIE HENRY FEDRICK,    }
                       }
        Defendant.     }

## MOTION TO CONTINUE

Comes now the undersigned attorney for defendant, and requests a continuance in the above-styled cause set on March 14, 2000, at 9:00 a.m., as the said attorney has a conflict.

Respectfully submitted,

*Jack W Smith*

JACK W. SMITH
Attorney for Defendant
144 South Oates St.
Dothan, AL 36301
334/792-3188

**FILED**

**MAR 13 2000**

JUDY BYRD, CLERK
HOUSTON **CERTIFICATE OF SERVICE**

I hereby certify that I have furnished a copy of the foregoing to the District Attorney by Courthouse mail, this 13 March 2000.

*Jack W Smith*
Attorney

24

| State of Alabama<br>Unified Judicial System<br><br>Form C-43/44(front)   Rev. 2/96 | EXPLANATION OF RIGHTS AND<br>PLEA OF GUILTY<br>(Felony and Misdemeanor -- Circuit or District Court) | Case Number<br><br>CC-99-1623 |
|---|---|---|

IN THE __Circuit__ COURT OF __Houston__ COUNTY, ALABAMA
(Circuit or District)                (Name of County)

STATE OF ALABAMA   v. __Willie Federick__
Defendant

**TO THE ABOVE-NAMED DEFENDANT:** The Court being informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

## PENALTIES APPLICABLE TO YOUR CASE

You are charged with the crime of __PON I__ which is a Class __C__

☑ Felony ☐ Misdemeanor. The Court has been informed that you desire to enter a plea of guilty to ☑ this offense or ☐ to the crime of _____ which is a Class _____ ☐ Felony ☐ Misdemeanor. The sentencing range for the above crime(s) is set out below:

| MISDEMEANOR | | FELONY | |
|---|---|---|---|
| Class A | Up to one (1) year imprisonment in the county jail, or a fine up to $2000, or both. | Class A | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| Class B | Up to six (6) months imprisonment in the county jail, or a fine up to $1000, or both | Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| Class C | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both | Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and $25 and not more than $1,000 for each misdemeanor for which you are convicted. This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for the enhancement of a punishment where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; For the commission of a Class B Felony, a term of imprisonment of not less than 10 years; For the commission of a Class C Felony, a term of imprisonment of not less than 10 years.

☐ **Enhanced Punishment For Drug Sale Near School:** §13A-12-250, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment for Drug Sale Near Housing Project:** §13A-12-270, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment For Sale Of Controlled Substance To One Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of §13A-12-202, 13A-12-203, 13A-12-204, 13A-12-211, 13A-12-212, 13A-12-213, 13A-12-215 or 13A-12-231, *Code of Alabama* 1975, you shall be assessed an additional fee of $1000 if you are a first-time offender or $2000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with Court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the Court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the Court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to §13A-12-291, Code of Alabama 1975, if you are convicted or adjudicated of a violation of one of the offenses listed above or a violation of §13A-12-214 (unlawful possession of marijuana in the second degree), §32-5A-191(a)(3) or §32-5A-191(a)(4) (DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol Related Offense:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or

| Form C-43/44 (back)  Rev. 2/96 | **EXPLANATION OF RIGHTS AND PLEA OF GUILTY**<br>(Felony and Misdemeanor -- Circuit or District Court) |

treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part or all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the Court in lieu of the monetary payment of fees by an indigent.

☐ **DNA Samples for Criminal offenses** in §36-18-24, Code of Alabama 1975. §36-18-25(e), provides that, as of May 6, 1994, all persons convicted of any of the offenses set out in §36-18-24, shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **Other:** _____

### RIGHTS YOU HAVE AND WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to silence, you will have waived your right.

You have the right to enter or stand on your previously entered plea of not guilty and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the Court, and you would have the right to take the witness stand and to testify but only if you chose to do so, as no one can require you to do this . If you elect to testify, you can be cross examined by the State just as any other witness is subjected to cross examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the Court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty. You have the right to stand on one or more of the following pleas: "Not Guilty," or "Not Guilty By Reason Of Mental Disease or Defect." If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the Court. **IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL, YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, THE STATE WILL HAVE NOTHING TO PROVE, AND YOU WILL STAND GUILTY ON YOUR GUILTY PLEA. YOU WILL, HOWEVER, HAVE THE RIGHT TO APPEAL.**

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.**

| 2/15/00 | _(signature)_ |
| Date | Judge |

### ATTORNEY'S CERTIFICATE

I certify that the above was fully read to the Defendant by me; that I explained the penalty or penalties involved with the Defendant, that I discussed in detail the Defendant's rights and the consequences of pleading guilty; and that in my judgment, the Defendant understands the same and that he/she is knowingly, voluntarily and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the Court that I have in no way forced or induced the Defendant to plead guilty and to my knowledge no one else has done so.

| 2 -15-00 | _(signature)_ |
| Date | Attorney |

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the Court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines or alcoholic beverages and I have not been threatened or abused or offered any inducement, reward, or hope of reward to plead guilty other than

_____

I further state to the Court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently and voluntarily waive my right to a trial in this case. I further state to the Court that I am satisfied with my attorney's services and his/her handling of my case.

| 2-15-00 | _(signature)_ |
| Date | Defendant |

2/15 .00

On this day appeared the Defendant with his attorney and, with the consent and approval of his attorney, withdrew his plea of not guilty and entered a plea of guilty to _____

*Criminal Trespass*

Before accepting Defendant's plea of guilty, the Court advised the Defendant of all of his constitutional rights with the colloquy being taken down by the court reporter. The Court then permitted the Defendant to withdraw his plea of not guilty and enter a plea of guilty to said charge. The Court inquired of Defendant if he has any legal cause why judgement and sentence should not be pronounced upon him and Defendant said nothing. It is therefore considered and adjudged by the Court that the Defendant is guilty of said charge and as a punishment Defendant is hereby sentenced to _____

☐ the penitentiary of the State of Alabama for a term of _____

☑ Houston County Jail at hard labor for a term of _____ 12 months concurrent with DCCC 99-1603

on which he is hereby given credit for the time spent incarcerated pending trial. Defendant is also ordered to pay

restitution to _____ in the amount _____ 4/06 , a Fine of _____ and a victim compensation assessment of _____ 50 , as well as all Court Costs.

The sentence is suspended for a period of _____ on payment of fine, costs, and restitution and good behavior.

_____
JUDGE

_2/15/00_

Jn this day appeared the Defen~ with his attorney and,
~e consent and approval of his attorney, withdrew his
pl~ not guilty and entered a plea of guilty to _____

_POM I_

Before accepting Defendant's plea of guilty, the Court advised
the Defendant of all of his constitutional right~ with the
colloquy being taken down by the court reporter. The Court
then permitted the Defendant to withdraw his plea of not guilty
and enter a plea of guilty to said charge. The Court inquired
of Defendant if he had anything to say why judgement and
sentence should not now be pronounced upon him and Defendant
said nothing. It is then the ordered and adjudged by the
Court that the defendant is guilty of said charge and as a
punishment Defendant is hereby thereby sentenced to

☒ the penitentiary of the State of Alabama for a term of _3 yrs_

☐ Houston County Jail at hard labor for a term of _____
on which he is hereby given credit for _____ spent incar-
cerated pending trial. Defendant is also ordered to pay

restitution to _____ _0_ in the amount of

_____, a fine of _$100_ and a victim compensation

assessment of _$50_, as well as all Court Costs.

The sentence is suspended for a period of _____ on payment
of $~~~ costs, and restitution and good behavior.

_____ JUDGE

3-14-2000 — Deft. gives oral notice of appeal.
Appeal Bond set at $5,000.⁰⁰
Only one appeal bond of $5,000.⁰⁰
for CC/99/653 & 1623.
Free transcript ordered, Hon. Philoshopkins
appointed atty on appeal. notified Gen'l, DA. CR. Dept. J.C.P.L.

3-14-2000 — Deft. given oral notice
of appeal. Appeal Bond
Set at $5,000.⁰⁰ Only
one appeal bond of
$5,000.⁰⁰, for CC 99/653
& 1623.

Free transcript order Han.
Phyllis Logan appointed atty on appeal
notified Jail, DA. Ck.
Appt, JB. PL.

, for probation

STATE OF ALABAMA,                   *    IN THE CIRCUIT COURT OF

    Plaintiff,                          *    HOUSTON COUNTY, ALABAMA

V.                                  *    CRIMINAL DIVISION

WILLIE FEDERICK,                    *    CASE NO. CC-99-1623

    Defendant.                          *

## MOTION TO WITHDRAW

COMES NOW, Phyllis J. Logsdon, appointed attorney for the Defendant, WILLIE FEDERICK, in this matter, and respectfully moves this Court for leave to withdraw as attorney for Defendant; and, as grounds therefore, says as follows:

1.    That the undersigned attorney was appointed to represent Defendant for trial in the instant case;

2.    That the Defendant has filed oral notice of appeal of his plea of guilty which was entered with the advice and consent of undersigned counsel;

3.    That the ends of justice would be better served by appointing new counsel on appeal in this case.

WHEREFORE, premises considered, the undersigned attorney requests this Honorable Court to allow her to withdraw from representation of Defendant.

Respectfully Submitted

FILED
MAR 15 2000

PHYLLIS J. LOGSDON          LOG003
Attorney for Defendant
207 W. Troy St.
Dothan, Alabama  36303
(334) 793-7771

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Defendant by placing same,

postage prepaid and properly addressed to Defendant, at 402 Mona Drive, Apt. 1, Dothan, Alabama, 36303, this 15th day of March 2000.

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF HOUSTON COUNTY
STATE OF ALABAMA VS FEDRICK WILLIE HENRY JR JUDGE: SIDNEY E. JACKSON

APPEAL DATE: 03/14/2000

INDIGENCY STATUS:
GRANTED INDIGENCY STATUS AT TRIAL COURT:          X  YES          NO
APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:    X  YES          NO
INDIGENT STATUS REVOKED ON APPEAL:                   YES       X  NO
INDIGENT STATUS GRANTED ON APPEAL:                X  YES          NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION   Phyllis Logsdon appointed on Appeal

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 02/15/2000          DATE OF SENTENCE: 02/15/2000

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 38/CC 1999 000653.00
CODE: CTR1   CONVICTION: CRIMINAL TRESPAS   ACTION: GUILTY PLEA
                                           STATUTE: 13A-007-002

SENTENCE:   CONF: 00 YRS 12 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS      LIFE: NO   LIFEWO: NO

POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED      CON BY AGREE

Not      ____  MOTION FOR NEW TRIAL
Yet      ____  MOTION FOR JUDG. OF ACQUIT   _____   _____   _____
         ____  MOTION TO W/D GUILTY PLEA    _____   _____   _____
         ____  MOTION FOR ATTY TO W/DRAW    _____   _____   _____
         ____  OTHER                        _____   _____   _____

COURT REPORTER(S):              MULLER CHANI
ADDRESS:                        P O DRAWER 6406
                                DOTHAN        , AL  36302

APPELLATE COUNSEL #1:           LOGSDON PHYLLIS J
ADDRESS:                        207 WEST TROY STREET
                                DOTHAN        , AL  36301
PHONE NUMBER:                   334-793-7771

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):             FEDRICK WILLIE HENRY JR
ADDRESS:                        400 MONA DR
                                DOTHAN        , AL  363030000
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: STW
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 03/21/2000
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO      _Judy Byrd_____
THIS ACTION ON THIS 21st DAY OF  March , 2000   CIRCUIT COURT CLERK

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF   HOUSTON COUNTY
TATE OF ALABAMA VS FEDRICK WILLIE HENRY        JUDGE: SIDNEY E. JACKSON

APPEAL DATE: 03/14/2000

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:         __X__  YES         ___  NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:   _____  YES    _X__  NO
    INDIGENT STATUS REVOKED ON APPEAL:               _____  YES    _X__  NO
    INDIGENT STATUS GRANTED ON APPEAL:               __X__  YES         ___  NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION    Phyllis Logsdon remains as defendant counsel on
                                                                              Appeal

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 02/15/2000         DATE OF SENTENCE: 02/15/2000

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 38/CC 1999 001623.00
CODE: VAPF    CONVICTION: POSS MARIJUANA 1    ACTION: GUILTY PLEA
                                                                   STATUTE: 13A-012-213

SENTENCE:    CONF: 03 YRS 00 MOS 000 DAYS
SENTENCE:    PROB: 00 YRS 00 MOS 000 DAYS         LIFE: NO   LIFEWO: NO

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| _____ MOTION FOR NEW TRIAL | | | |
| _____ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| _____ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| _____ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| _____ OTHER | _____ | _____ | _____ |

Not
Yet

COURT REPORTER(S):                     MULLER CHANI
ADDRESS:                                      P O DRAWER 6406
                                                     DOTHAN            , AL. 36302

APPELLATE COUNSEL #1:              LOGSDON PHYLLIS J
ADDRESS:                                      207 WEST TROY STREET
                                                     DOTHAN            , AL. 36301
PHONE NUMBER:                          334-793-7771

APPELLATE COUNSEL #2:              _____
ADDRESS:                                      _____
                                                     _____
PHONE NUMBER:                          _____

APPELLANT (PRO SE):                  FEDRICK WILLIE HENRY
ADDRESS:                                      402 MONA DRIVE APT 1
                                                     DOTHAN          , AL. 363010000
AIS #:

APPELLEE (IF CITY APPEAL):        _____
ADDRESS:                                      _____
                                                     _____
                                                     _____

I CERTIFY THAT THE INFORMATION PROVIDED                              OPERATOR: STW
ABOVE IS ACCURATE TO THE BEST OF MY                     PREPARED: 03/21/2000
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO        _Judy Byrd_
THIS ACTION ON THIS 21st DAY OF  March , 2000       CIRCUIT COURT CLERK

ages

| 3-22-00 | Hon. Phyllis Logsdon, And David Hogg |
| | Appointed to Represent Defendant On |
| | Appeal. |
| | _Edward Jackson, Judge_ |
| 3-22-00 | Notyid |
| | CCA. A6 DA. CR. Deft. CL. David Hogg |

35

3/23/00  The Court's order dated 3/23/00 is Amended, to allow
Hon. Phyllis Logdon to Withdraw As attorney,
for Defendant. Edward Jackson, Judge

3-27-00- N. CCA. A6 DA. CR Dyt, PL. DH.

ROBERTS & SON, INC., P. O. BOX 2007, BIRMINGHAM, ALABAMA 35201  TELEPHONE 252-117

| State of Alabama<br>Unified Judicial System<br>Form ARAP-26 (front)    8/91 | COURT OF CRIMINAL APPEALS<br>DOCKETING STATEMENT | Criminal Appeal Number<br>CR . 99-1209 |
|---|---|---|

**A. GENERAL INFORMATION:**

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF _____ HOUSTON _____ COUNTY

_____ WILLIE HENRY FEDRICK _____ , Appellant

V.  ☒ STATE OF ALABAMA  ☐ MUNICIPALITY OF _____

| Case Number<br>CC-99-653, 1623 | Date of Complaint or Indictment<br>5/23/99 | Date of Judgment/Sentence/Order<br>3/14/2000 |
|---|---|---|
| Number of Days of Trial/Hearing<br>1                    Days | Date of Notice of Appeal<br>Oral: 3/14/2000            Written: 3/24/2000 | |

Indigent Status Requested: ☒ Yes ☐ No          Indigent Status Granted: ☒ Yes ☐ No

**B. REPRESENTATION:**

Is Attorney Appointed or Retained? ☒ Appointed ☐ Retained.     If no attorney, will appellant represent self? ☐ Yes ☐ No

Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)

PHYLLIS J. LOGSDON

| Address<br>207 WEST TROY STREET | City<br>DJOTHAN | Telephone Number<br>334-793-7771 |
|---|---|---|
| | | State    Zip Code<br>AL       36303 |

**C. CODEFENDANTS:** List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
|---|---|
| Codefendant | Case Number |
| Codefendant | Case Number |

**D. TYPE OF APPEAL:** Please check the applicable block.

1 ☒ State Conviction        4 ☐ Pretrial Order            7 ☐ Juvenile Transfer Order        10 ☐ Other (Specify)
2 ☐ Post-Conviction Remedy  5 ☐ Contempt Adjudication     8 ☐ Juvenile Delinquency
3 ☐ Probation Revocation    6 ☐ Municipal Conviction      9 ☐ Habeas Corpus Petition

**E. UNDERLYING CONVICTION/CHARGE:** Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § _____
2 ☐ Homicide - § _____
3 ☐ Assault - § _____
4 ☐ Kidnapping/Unlawful Imprisonment - § _____
5 ☒ Drug Possession - § 13A-12-213
6 ☐ Trafficking in Drugs - § _____
7 ☐ Theft - § _____
8 ☐ Damage or Intrusion to Property - § _____
9 ☐ Escape - § _____
10 ☐ Weapons/Firearms - § _____
11 ☐ Fraudulent Practices - § _____
12 ☐ Offense Against Family - § _____
13 ☐ Traffic - DUI - § _____
14 ☐ Traffic - Other - § _____
15 ☒ Miscellaneous - § 13A-7-2
Crm Tra _____

**F. DEATH PENALTY:**

Does this appeal involve a case where the death penalty has been imposed? ☐ Yes ☒ No

**G. TRANSCRIPT:**

1. Will the record on appeal have a reporter's transcript? ☒ Yes ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed. _____
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk? ☐ Yes ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions? ☐ Yes ☐ No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

FILED
MAR 24 2000
JUDY BYRD, CLERK
HOUSTON CO. AL

*Mailed copies 3-24-2000*

Form ARAP-26 (back)   8/91 | COURT OF CRIMINAL APPEALS DOCKETING STATEMENT

**H. POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | None | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

Plea of Guilty entered by defendant

**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. *(Attach additional pages if necessary.)*

Plea was not voluntary and knowing.

**K. SIGNATURE:**

3/24/2000

Date | Signature of Attorney/Party Filing this Form

| State of Alabama<br>Unified Judicial System<br><br>Form ARAP- 1C          8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number<br><br>CR  - 99-1209 |

**TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.**

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF    HOUSTON                COUNTY

_____ WILLIE HENRY FEDRICK _____, Appellant

V.  ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number<br>CC-99-653, 1623 | Date of Judgment/Sentence/Order<br>3/14/2000 |
| Date of Notice of Appeal<br>Oral: 3/14/2000       Written: | Indigent Status Granted:<br>☒ Yes    ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS REQUESTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, *CODE OF ALABAMA 1975*).

_____ Signature _____ Date _____ Print or Type Name _____

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P.)):

MARK PROCEEDINGS REQUESTED:                                                    COURT REPORTER(S)

A. ☒ **TRIAL PROCEEDINGS** - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.

B. ☒ **ORGANIZATION OF THE JURY** - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

C. ☒ **ARGUMENTS OF COUNSEL** - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

FILED

MAR 24 2000

*Judy Lane*

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
| D. _____ | _____ | _____ |
| E. _____ | _____ | _____ |
| F. _____ | _____ | _____ |
| G. _____ | _____ | _____ |

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT STATUS HAS NOT BEEN REVOKED; OR (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_____ Signature _____      3/24/2000      PHYLLIS J. LOGSDON
                              Date              Print or Type Name

**DISTRIBUTION: Original filed with Clerk of Trial Court and copies mailed to:** (1) Clerk of the Court of Criminal Appeals, (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

**FRANCIS ALLEN LONG, SR.**
Presiding Judge
**H. WARD McMILLAN**
**SUE BELL COBB**
**PAMELA W. BASCHAB**
**JAMES H. FRY**
Judges

*Lane W. Mann*
Clerk
*Wanda K. Ivey*
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

## ORDER

CR-99-1209

Willie Henry Fedrick v. State of Alabama (Appeal from Houston
Circuit Court: CC99-653;1623).

It is ORDERED that the motion of Hon. Phyllis J. Logsdon to
withdraw as counsel for the appellant in this cause be and the same
is hereby granted.

Done this the 3rd day of April, 2000.

*Francis A Long, Sr.*

FRANCIS A. LONG, SR., PRESIDING JUDGE

CCA/wki

cc: Honorable Edward Jackson, Circuit Judge
Honorable Judy Byrd, Circuit Clerk
Chani Muller, Court Reporter
Honorable David K. Hogg, Attorney, Appellant
Office of Attorney General

**FILED**

APR 3 2000

*Judy Byrd*
JUDY BYRD, CLERK
HOUSTON CO., AL.

| State of Alabama<br>Unified Judicial System<br>Form ARAP-1C    8/91 | **REPORTER'S TRANSCRIPT ORDER -- CRIMINAL**<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number<br><br>CR - 99-1209 |
|---|---|---|

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

[X] CIRCUIT COURT   [ ] DISTRICT COURT   [ ] JUVENILE COURT OF    HOUSTON                        , COUNTY

WILLIE HENRY FEDRICK                                    , Appellant

V.   [X] STATE OF ALABAMA   [ ] MUNICIPALITY OF _____

| Case Number<br>CC-99-653, 1623 | Date of Judgment/Sentence/Order<br>3/14/2000 |
|---|---|
| Date of Notice of Appeal<br>Oral: 3/14/2000       Written: | Indigent Status Granted:<br>[X] Yes   [ ] No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY **(1)** THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR **(2)** THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, *CODE OF ALABAMA 1975*).

_____        _____        _____
Signature                          Date                            Print or Type Name

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P )):

MARK PROCEEDINGS REQUESTED:                                          COURT REPORTER(S)

A. [X] **TRIAL PROCEEDINGS** - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately.

B. [X] **ORGANIZATION OF THE JURY** - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

FILED
MAR 24 2000

C. [X] **ARGUMENTS OF COUNSEL** - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
|---|---|---|
| D. _____ | _____ | _____ |
| E. _____ | _____ | _____ |
| F. _____ | _____ | _____ |
| G. _____ | _____ | _____ |

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER"S TRANSCRIPT:**
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_____        3/24/2000        PHYLLIS J. LOGSDON
Signature                          Date                  Print or Type Name

**DISTRIBUTION: Original filed with Clerk of Trial Court and copies mailed to: (1)** Clerk of the Court of Criminal Appeals. **(2)** the District Attorney, **(3)** the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and **(4)** to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript

1        STATE OF ALABAMA
    IN THE CIRCUIT COURT FOR THE COUNTY OF HOUSTON
2           TWENTIETH JUDICIAL CIRCUIT
                 CRIMINAL

3

4


5   THE STATE OF ALABAMA,

6        PLAINTIFF,

7   VS.                        CC-99-653
                               CC-99-1623
8   WILLIE HENRY FEDRICK,

9        DEFENDANT.

10   _____/

11

12


13        REPORTER'S OFFICIAL TRANSCRIPT ON APPEAL

14


15   Before:

16             Honorable Edward Jackson
                  Dothan, Alabama
17             February 15, 2000

18   APPEARANCES:

19   FOR THE STATE:
     HENRY D. BINFORD, ESQ.
20   Assistant District Attorney

21   FOR THE DEFENDANT:

22   PHYLLIS J. LOGSDON, ESQ.
     Attorney at Law
23   Dothan, Alabama

24   JACK W. SMITH, ESQ.
     Attorney at Law
25   Dothan, Alabama

I N D E X

FEBRUARY 15, 2000 -- TITLE PAGE                2

INDEX                                          3

PLEA OF GUILTY                                 4

STATEMENT OF FACTS                             7

SENTENCING                                    10

CERTIFICATE OF REPORTER                       11

REPORTER'S CERTIFICATE OF COMPLETION          13

<u>PROCEEDINGS</u>

THE COURT:  You are Willie Fedrick?

MR. FEDRICK:  Yes, sir.

THE COURT:  Mr. Fedrick, you are here in two cases before the Court.  One is CC-99-653, where you are charged with burglary in the first degree.  But as I understand, that's going to be reduced to -- what will that be reduced to?

MR. BINFORD:  Judge, criminal trespass, first degree.

THE COURT:  Okay.  Criminal trespass, first degree, which is a misdemeanor, for which you can receive up to twelve months in the county jail and a fine up to five thousand dollars.

Now, on the other case -- the other case is CC-99-1623, where you are charged with possession of marijuana in the first degree.  And that is a Class C felony, for which you can receive from a year and a day up to ten years and a fine of up to five thousand dollars.  Do you understand the range of punishment in those two cases?

MR. FEDRICK:  Yes, sir.

THE COURT:  How old are you?

MR. FEDRICK:  Thirty-four, sir.

THE COURT:  How much school have you completed?

1          MR. FEDRICK:  Twelve years of education.

2          THE COURT:  Are you undergoing any psychiatric

3     treatment or having any mental or emotional problems?

4          MR. FEDRICK:  I have in the past.

5          THE COURT:  How long ago was that?

6          MR. FEDRICK:  That was a first degree burglary.

7          THE COURT:  No.  I mean, have you had any mental

8     or emotional problems in the past?

9          MR. FEDRICK:  Only drug rehab.

10          THE COURT:  Some related to the prior drug use?

11          MR. FEDRICK:  For the first burglary, I had CRO

12     classes.  I completed that.

13          THE COURT:  Does the fact that you had some

14     problems in regard to the drug abuse in the past

15     interfere with your understanding what you are doing

16     here today?

17          MR. FEDRICK:  No, sir.

18          THE COURT:  And are you under the influence of

19     any drugs, medication or alcohol today?

20          MR. FEDRICK:  No, sir.

21          THE COURT:  Have you had enough time to discuss

22     these cases with your attorneys, for them to advise

23     you of your rights and for you to tell them your

24     version of the facts?

25          MR. FEDRICK:  Yes, sir.

1         THE COURT:  And have you had explained to you the

2   rights which you would give up by entering a plea of

3   guilty as set out on the Explanation of Rights form?

4         MR. FEDRICK:  Yes, sir.

5         THE COURT:  Have you signed the form voluntarily,

6   and do you understand it?

7         MR. FEDRICK:  Yes, sir.

8         THE COURT:  Do you understand that, by entering a

9   plea of guilty, you will be giving up the right to

10   confront the witnesses against you and the right to

11   call witnesses on your own behalf?

12         MR. FEDRICK:  Yes, sir.

13         THE COURT:  Do you understand that, by entering a

14   plea of guilty, there will be no further trial as to

15   your guilt or innocence?

16         MR. FEDRICK:  Yes, sir.

17         THE COURT:  Do you understand that if you have a

18   trial, you will be presumed innocent, and you can

19   testify if you so desire, but no one can make you

20   testify, and no one can comment on your failure to

21   testify if you chose not to?

22         MR. FEDRICK:  Yes, sir.

23         THE COURT:  Has anyone threatened you, harassed

24   you or tried to make you plead guilty in any way?

25         MR. FEDRICK:  No, sir.

1              THE COURT:  Has anyone offered you any reward or

2    any inducement to get you to plead guilty?

3              MR. FEDRICK:  No, sir.

4              THE COURT:  Has anyone promised you that you

5    would get probation or a suspended sentence if you

6    plead guilty?

7              MR. FEDRICK:  No, sir.

8              THE COURT:  Based on what you have told me here

9    today, I find that your offer to plea guilty is

10    willingly, knowingly and intelligently made, and I

11    will accept your plea if the offer given.

12             Mr. Binford, could you give the recitation of

13    facts giving rise to the Indictment in the felony

14    case, the one that's still the felony?

15             MR. BINFORD:  Judge, on May 23rd of 1999, at 4:15

16    in the morning, Officer Brent Parrish of the Dothan

17    Police Department stopped a car driven by the

18    defendant for speeding and riding in the center of the

19    road.  The defendant was asked out of the car.

20    Officer Parrish then observed a knife in the

21    floorboard.  When he was recovering the knife, he saw

22    a plastic bag with several smaller bags with what

23    appeared to be marijuana hanging out of a fanny pack

24    in the floorboard, in plain view.  There were six

25    packs of marijuana, for a total of approximately nine

1    grams.  He would testify that, in his opinion, it

2    appeared to be packaged as if for sale.  The marijuana

3    was taken to the crime lab, it was analyzed and found

4    to be marijuana.  And the State will prove that this

5    offense took place here in Houston County, Alabama.

6        THE COURT:  Based upon the recitation of facts, I

7    find that there is a foundation for the Indictment.

8    And I will read the Indictment to you on the

9    possession of marijuana in the first degree.

10        MS. LOGSDON:  Judge, he understands the charge.

11    He doesn't need to have the Indictment read.

12        THE COURT:  Okay.  Do you waive the reading of

13    the Indictment in that case, and also, do you waive

14    the reading of the Indictment as amended in the

15    burglary case that was reduced down to criminal

16    trespass?

17        MR. FEDRICK:  Yes, sir.

18        THE COURT:  To the Indictments as amended in

19    these cases, how do you plead, guilty or not guilty?

20        MR. FEDRICK:  Guilty.

21        THE COURT:  Upon your pleas of guilty, it is the

22    judgment of the Court that you are guilty.  Do you

23    have anything to say as to why a sentence of law

24    should not be pronounced upon you at this time?

25        MR. FEDRICK:  Well, Your Honor, on the --

1    MR. SMITH:  No, sir.

2    MR. FEDRICK:  Okay.

3    THE COURT:  What is the State's recommendation in

4    these cases?

5    MR. BINFORD:  Judge, we recommend a sentence of

6    three years in the marijuana case, a one

7    hundred-dollar fine and a fifty-dollar Victim's Comp

8    payment.  And in the criminal trespass, first degree

9    case, the State recommends twelve months hard labor to

10   run CC with the three-year sentence, a one

11   hundred-dollar fine, a fifty-dollar Victim's Comp

12   payment.

13   And also, Judge, we have agreed to submit to the

14   Court the issue of restitution to the victim in the

15   criminal trespass case.  He is requesting restitution.

16   We do not have an agreement on that.  We do agree that

17   we will ask you for a hearing date on that.

18   THE COURT:  And is that the recommendation as you

19   understood it would be?

20   MR. FEDRICK:  Yes, sir.

21   THE COURT:  And your understanding, Mr. Smith,

22   and Ms. Logsdon?

23   MS. LOGSDON:  Yes, sir.

24   MR. SMITH:  Yes, sir.

25   THE COURT:  Based upon the State's

1    recommendation, I sentence you to three years in the

2    marijuana case, a fine of one hundred dollars and

3    fifty dollars to the Victim's Compensation Fund.  And

4    in the other case, to the trespass in the first degree

5    case, to twelve months in the county jail to run

6    concurrent with the time in the other case, a

7    hundred-dollar fine, fifty dollars to the Victim's

8    Compensation Fund and cost and restitution, if there

9    is any.  And that will be set for hearing on March 14,

10   at 9:30, the restitution hearing.

11        MS. LOGSDON:  We would like to make application

12   for probation.

13        THE COURT:  Okay.

14

15                    END OF PROCEEDINGS

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

STATE OF ALABAMA

HOUSTON COUNTY

I, Chani A. Muller, Court Reporter, and Notary Public, State at Large, do hereby certify that I have correctly reported in stenotype the proceedings in the above-styled cause, and I later reduced by stenotype notes into typewriting, and that the foregoing pages, beginning with the word "Proceedings" where the same appears in the center of the page, contain a true and correct transcription of the evidence, including objections, oral motions, rulings of the Court and the oral charge of the Court, where applicable, as therein set out.

I further certify that I have no interest in this matter, financial or otherwise, or how it may develop or what its outcome may be.  I further certify that I am not of counsel for any of the parties, nor am I related to counsel or litigants or associated with anyone connected with this cause to my knowledge.

I further certify that I have filed all exhibits offered in the trial of this cause with the Clerk of the Circuit Court for incorporation in the Record.

1           I further certify that I have on this day filed

2    with the Clerk of the Court of Criminal Appeals of

3    Alabama and the parties here involved a Certificate of

4    Completion of Reporter's Transcript.  I further

5    certify that I have filed the original and three

6    copies of this transcript in the office of the Clerk

7    of the Circuit Court of Houston County, Houston County

8    Courthouse, Dothan, Alabama.

9

10         This 7th day of April, 2000.

11

12         Chani A. Muller, Court Reporter,
             Notary Public, State at Large

13

14

15

16

17

18

19

20

21

22

23

24

25

| State of Alabama<br>Unified Judicial System<br><br>Form ARAP 13 | CERTIFICATE OF COMPLETION<br>REPORTER'S TRANSCRIPT | Page Number<br><br>*13* |
| --- | --- | --- |

**TO:** The Clerk of the Court of Criminal Appeals      **Fax: (334) 242-4689**
        P. O. Box 301555
        Montgomery, Alabama 36130-1555

Criminal Appeals Case Number   CR *99 - 1209*

*Willie Henry Fedrick*    v. *State of Alabama*
**Appellant's Name**              **Appellee**

On appeal from the:  [X] Circuit Court of
               [ ] District Court of   *Houston* County
               [ ] Juvenile Court of

Trial Court Case Number   *CC 99-653 + CC 99-1623*

Notice of Appeal Date *3-14-2000*

I, *Chani A. Muller*, certify that I have this date completed and filed with the clerk of the trial court an original and three copies of a true and correct transcript of all proceedings in the above referenced case that were reported by me and were specifically designated by the appellant for inclusion on the Reporter's Transcript Order.   The transcript, which is numbered serially in the upper right-hand corner of each page, begins with a copy of the Reporter's Transcript Order and an index of both the exhibits and the testimony of the witnesses.  The original transcript concludes with the original of this notice and the copies of the transcript conclude with copies of this notice.  The page number appearing in the upper right-hand corner of this certificate is the last page of my portion of the transcript in this case.

Done this the *7th* day of *April*, *2000*.

*(signature)*
Court Reporter

**FILING AND SERVICE OF THIS FORM:**   Pursuant to Rule 11(b), A.R.App.P., the court reporter should file a copy of this certificate with the Clerk of the Court of Criminal Appeals and should serve copies of the certificate on counsel for the appellant or the appellant if he or she is not represented by appellate counsel, the attorney general and the district attorney, unless the appeal is from a municipal appeal, in which event a copy of the form should be served on the municipal prosecutor rather than the attorney general and district attorney.

AP 14-3 Certificate of Completion and Transmittal of Record on Appeal by Trial Clerk

## CERTIFICATE OF COMPLETION AND TRANSMITTAL
## OF RECORD ON APPEAL BY TRIAL CLERK

Total # of Pages

53

Willie Henry Fedrick Jr.

Appellant

V.

State of Alabama
Appellee

TO: The Clerk of the Court of
Criminal Appeals of Alabama

Case No. _____ CC-99-653 & 1623 _____

Date of Notice of Appeal _____ 3-14-00 _____

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling _____ 39 _____ pages of the Clerk's record, and _____ 13 _____ pages of the Court Reporter's transcript, and that one copy of each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this _____ 13th _____ day of _____ April _____, _____ 2000 _____.

Judy Byrd

Circuit Clerk

_____ Houston _____

County