# Court of Criminal Appeals

State of Alabama
Judicial Building, 300 Dexter Avenue
P. O. Box 301555
Montgomery, AL 36130-1555

FRANCIS ALLEN LONG, SR.
Presiding Judge
H. WARD McMILLAN
SUE BELL COBB
PAMELA W. BASCHAB
JAMES H. FRY
Judges


RELEASED OCT 20 2000 CLERK COURT CRIMINAL APPEALS

Clerk's Office
(334) 242-4590

## MEMORANDUM

CR-99-1209     Houston Circuit court CC-99-653 and 99-1623

<u>Willie Henry Fedrick, Jr. v. State</u>

McMILLAN, Judge

    The appellant appeals from his convictions for criminal trespassing in the first degree, a violation of §13A-7-2, Ala. Code 1975, and possession of marijuana in the first degree, a violation of §13A-12-213, Ala. Code 1975. He was sentenced to three years' imprisonment on the marijuana conviction, ordered to pay a $100 fine, and $50 to the Victim's Compensation Fund. He was sentenced to 12 months' imprisonment on the criminal trespass conviction, to run concurrent with the marijuana conviction. He was also ordered to pay a $100 fine, and $50 to the Victim's Compensation Fund.

    The appellant's appointed counsel on appeal has filed a "no-merit" brief, in substantial compliance with <u>Anders v. California</u>, 386 U.S. 738 (1967), stating that, after having conscientiously examined the appellant's case, he finds no legal grounds on which to base an appeal.

    After examining the record, we are in agreement with appellate counsel that there are no issues contained therein which could be deemed meritorious on appeal.

    The judgment of the trial court is affirmed.

**AFFIRMED.**

Long, P.J. and Cobb, Baschab, and Fry, JJ., concur.


EXHIBIT 3