COURT OF CRIMINAL APPEALS NO. _CR 04-1082_

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

### FROM

## CIRCUIT COURT OF  Houston  COUNTY,  ALABAMA

CIRCUIT COURT NO.  CC-1999-1623.60

CIRCUIT JUDGE  Edward Jackson

Type of Conviction / Order Appealed From:  Petition of Habeas Corpus

Sentence Imposed:  Denial of Habeas

Defendant Indigent:  [X] YES  [ ] NO

Willie Fedrick

_____

**NAME OF APPELLANT**

Pro-Se
(Appellant's Attorney)                                    (Telephone No.)
901 East Main St.
(Address)
Dothan                     AL              36303
(City)                    (State)          (Zip Code)

**V.**

STATE OF ALABAMA

_____

**NAME OF APPELLEE**

(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____

_____

(For Court of Criminal Appeals Use Only)

4/

## CLERK'S INDEX

CASE ACTION SUMMARY                                                          1-2

PETITION FOR WRIT OF HABEAS CORPUS                                          3-6

AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER                                 7-8

ORDER DATED 1-7-05, HABEAS CORPUS DENIED. EITHER DEFENDANT IS CONFUSED       9
ABOUT SOME OTHER CASE OR HE IS MAKING FALSE ALLIGATIONS. HE WAS NOT EVEN
ARRESTED UNTIL SEVERAL MONTHS AFTER HE ALLEGES THAT ON 2-99 HE WAS DENIED
PROBATION. HE WAS REMOVED FROM SUSPENDED WORK RELEASE 10-1-04.

MOTION FOR RECONSIDERATION TO VACATE ORDER UNDER HABEAS RELIEF              10-12

PETITIONER'S LEGAL FACTS OF HABEAS CORPUS AND ORDER OF RECORDS             13-15

ORDER DATED 1-28-05, MOTION DENIED                                         16

WRITTEN NOTICE OF APPEAL                                                   17

ORDER DATED 2-17-05, FREE TRANSCRIPT ORDERED                               18

CLERK'S NOTICE OF APPEAL                                                   19

CERTIFICATE OF COMPLETION                                                  20

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1999 001623.60
OPER: RHM                     CASE ACTION SUMMARY
PAGE:   1                      CIRCUIT  CRIMINAL                RUN DATE: 01/07/2005
==========================================================================
  THE CIRCUIT COURT OF  HOUSTON                                       JUDGE: SEJ

STATE  OF  ALABAMA              VS        FEDRICK WILLIE HENRY
                                          C/O HOUSTON COUNTY JAIL
CASE: CC 1999 001623.60                      901 E MAIN ST
                                          DOTHAN, AL  36301 0000

DOB: 06/28/1965        SEX: M  RACE: B  HT: 5 10  WT: 150    HR: BLK EYES: BRO
SSN: 419067078  ALIAS NAMES:
==========================================================================
CHARGE01: HABEAS CORPUS       CODE01: CORP  LIT: POSS MARIJUANA TYP: O #: 001
OFFENSE DATE: 05/23/1999                   AGENCY/OFFICER: 0380100 NELMS

DATE WAR/CAP ISS:                    DATE ARRESTED: 05/23/1999
DATE     INDICTED: 10/12/1999        DATE     FILED: 01/06/2004
DATE     RELEASED:                   DATE   HEARING:
BOND       AMOUNT:          $.00         SURETIES:

DATE 1:          DESC:                TIME: 0000
DATE 2:          DESC:                TIME: 0000

TRACKING NOS: DC 1999 001319 00  /                     /

   DEF/ATY:                    TYPE:                          TYPE:

                          00000                      00000

  PROSECUTOR: VALESKA DOUGLAS A

==========================================================================
OTH CSE: DC199900131900 CHK/TICKET NO: WR99-7835      GRAND JURY: 000000011
 URT REPORTER:                  SID NO:    000000000
 F STATUS: JAIL                 DEMAND: Y                        OPER: RHM
==========================================================================
DATE         ACTIONS,  JUDGEMENTS,  AND  NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 1-6-05 | PETITION FOR WRIT OF HABEAS CORPUS |
| 1/7/05 | Habeas corpus denied, Either Def. is serving a sentence other case or he is not a fle blunteer he was not even arrested until over 9 mostle after the allege test on 3/99 he was a fle postrs, He was reverd from Eugene Wol klan R/1/04. (1-13-05 v. Dept) |
| 1-21-05 | Motion for reconsideration to vacate order under habeas relief. |
| 1-25-05 | Petitioner's legal facts of habeas corpus and order of records. |
| 1-28-05 | Motion denied. Edward Jackson, Judge (2-1-05 v. Dav dept) |

002

STATE OF ALABAMA VS WILLIE HENRY FEDRICK                    CC1999-1623.60

02-03-05  WRITTEN NOTICE OF APPEAL

2/17/05 Free transcript ordered, Johnson, J

3-8-05  Clerk's notice of appeal to CCA, AG, deft.

003

IN THE CIRCUIT COURT OF HOUSTON
COUNTY, ALABAMA

**FILED**

JAN 0 6 2005

JUDY BYRD, CLERK
HOUSTON CO., AL

WILLIE FEDRICH          )
        PETITIONER      )
  -VS-                  )   CASE NO.
SHERIFF LAMAR GLOVER,   )     CC99-1623
STATE OF ALABAMA        )
        RESPONDENTS     )

## PETITION FOR WRIT OF HABEAS CORPUS

APPEARING BEFORE THIS COURT PETITIONER,
WILLIE FEDRICH WHO PURSUANT TO Code OF
ALABAMA 1975 SECTION 15-21-1 THRough 15-21-20
Humbly REQUEST THE HONORABLE Judge TO ISSUE
THE WRIT WITHOUT DELAY. THE FACTS
AND GROUNDS FOR THIS WRIT Follows:

I. PETITIONER- WILLIE FEDRICH IS INCAR-
CERATED IN THE HOUSTON COUNTY JAIL LOCATED
IN HOUSTON COUNTY, ALABAMA.

II. RESPONDENTS- SHERIFF LAMAR GLOVER AND
DISTRICT ATTORNEY DOUGLAS A. VALESKA
FOR THE STATE OF ALABAMA.

III. JURISDICTION - THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA IS THE NEAREST CIRCUIT COURT PURSUANT TO ALABAMA LAW TO HEAR THIS WRIT.

### GROUNDS AND FACTS FOR WRIT

I. PETITIONER'S SENTENCE HAS EXPIRED BY SENTENCE IMPOSED.

(A) PETITIONER WAS SENTENCE TO A TERM OF (3) THREE YEARS IN FEBRUARY OF 1999. THE HONORABLE JUDGE SET A HEARING FOR PROBATION WHICH WAS denied.

(B) THE Sentence OF THREE YEARS IN 2-99 has expired BY OPERATION OF LAW.

1. THE LAW IN THE STATE OF ALABAMA is Clear. IF A Petitioner/DEFENDANT is Released To No FAULT OF HIS OWN THEN AII Time SerVed While Released MUST APPLY. McCALL V. STATE,

II. PETITIONER IS BEING HELD IN Custody Under POSSESSION OF MARIJUANA WHERE TIME HAS BEEN SERVED.

(A) HOUSTON COUNTY SHERIFF LAMAR GLOVER IS HOLDING PETITIONER IN JAIL FOR A CHARGE THAT HAS EXPIRED BY LAW.

III. PETITIONER'S SENTENCE ORDER STATES
PROBATION DENIED 2-99.

IV. THE COURT IS HOLDING PETITIONER
ON CONTEMPT AS ALLEGED BY SHERIFF.
(A) PETITIONER IS BEING HELD FOR FAILURE TO
PAY COST, FINES, COURT RESTITUTION.
(B) PETITIONER IS POOR, HAS BAD CREDIT, AND
is UNEMPLOYED. PETITIONER OWN NOTHING OF
VALUE.

V. PETITIONER WAS REMOVED FROM COMMUNITY
WORN RELEASE WITHOUT DUE PROCESS HEARING
(A) PETITIONER WAS REMOVED BASED ON FALSE
INFORMATION.
(B) PETITIONER WAS NOT GRANTED A DISCIPLINARY
HEARING.
(C) PETITIONER WAS NOT BROUGHT BEFORE THE
COURT TO DEFEND THE REVOCATION OF WORN
RELEASE.

VI. THE 72 HOUR HEARING AFTER ARREST.
(A) PETITIONER HAS NOT HAD ANY INITIAL APPEARANCE
TO FACE THE ARREST WHICH HAS TAKEN PLACED
AND HELD IN HOUSTON COUNTY JAIL SINCE 11-28-04.

PAGE 4

006

VI. PETITIONER RECORDS BY HOUSTON COUNTY CIRCUIT CLERN OFFICE SUPPORTS PETITIONER'S RELEASE.

(A) YOUR PETITIONER is due To Be Released where THE ONLY CUSTODY SHERIFF GLOVER hold is Possession of MARIJUANA.

(B) PETITIONER HAS been in CUSTODY SINCE 11-23-04 AND THE SHERIFF AFTER ARREST HAS NOT TAKEN YOUR PETITIONER BEFORE THE COURT FOR FIRST APPEARANCE AS REQUIRED BY LAW UNDER 72 HOURS.

THE WRIT SHOULD ISSUE WITHOUT delay.

RESPECTFULLY

WILLIE FEDRICK
901 E. MAIN ST.
DOTHAN, AL. 36301

SWORN AND SUBSCRIBED TO BEFORE ME THIS
2nd DAY OF January 2005

Alice Beverly Reynolds

NOTARY

MY COMMISSION EXPIRES
FEBRUARY 6, 2006

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

## AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Case Number

IN THE _CIRCUIT_ COURT OF _HOUSTON_, ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: _Willie Fedrick_ v. _SHERIFF LAMAR GLOVER_
                    Plaintiff(s)                              Defendant(s)

TYPE OF PROCEEDING: _HABEAS CORPUS_ CHARGE(s) (if applicable): _HABEAS WRIT_

☒ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

### AFFIDAVIT

SECTION I.

1. IDENTIFICATION Full name _Willie H. Fedricks Jr._ Date of birth _06/28/65_
   Spouse's full name (if married) _____
   Complete home address _INCARCERATED HOUSTON COUNTY JAIL_

   Number of people living in household _N/A_
   Home telephone number _N/A_
   Occupation/Job _N/A_ Length of employment _N/A_
   Driver's license number _____ *Social Security Number _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_
   Employer _N/A_ Employer's telephone number _INCARCERATED_
   Employer's address _N/A_

2. ASSISTANCE BENEFITS

   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☒ Other _NONE_

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                                    $ _0_
   Spouse's Monthly Gross Income (unless a marital offense)                 _0_
   Other Earnings: Commissions, Bonuses, Interest Income, etc.              _0_
   Contributions from Other People Living in Household                      _0_
   Unemployment/Workmen's Compensation,                                     _0_
      Social Security, Retirements, etc.
   Other Income (be specific) _None_                                        _0_

   TOTAL MONTHLY GROSS INCOME                                            $ _0_

   Monthly Expenses:
   A.  Living Expenses
       Rent/Mortgage                                                    $ _0_
       Total Utilities: Gas, Electricity, Water, etc.                      _0_
       Food                                                               _0_
       Clothing                                                           _0_
       Health Care/Medical                                                _0_
       Insurance                                                          _0_
       Car Payment(s)/Transportation Expenses                             _0_
       Loan Payment(s)                                                    _0_

*OPTIONAL

| Form C-10 Page 2 of 2 Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)                    0
Educational/Employment Expenses           0
Other Expenses (be specific) _None_       0

    Sub-Total                        A $ _____0_____

B.  Child Support Payment(s)/Alimony     $ _____0_____

    Sub-Total                        B $ _____0_____

C.  Exceptional Expenses                 $ _____0_____

    TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ _____0_____

Total Gross Monthly Income Less total monthly expenses:

    DISPOSABLE MONTHLY INCOME                $ _____0_____

4.  LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks,
bonds, certificates of deposit)                     $ _____0_____
Equity in Real Estate (value of property less what you owe)    0
Equity in Personal Property, etc. (such as the value of
motor vehicles, stereo, VCR, furnishing, jewelry, tools,       0
guns, less what you owe)
Other (be specific)
Do you own anything else of value? ☐ Yes ☒ No
(land, house, boat, TV, stereo, jewelry)                       0
If so, describe _____None_____

    TOTAL LIQUID ASSETS                     $ _____0_____

5.  Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_2nd_ day of _January_ , 19 _2005_

_Alice Beverly Reynolds_
Judge/Clerk/Notary

_Willie Fedrick_ (Affiant's Signature)

_Willie Fedrick_
Print or Type Name

### ORDER OF COURT

MY COMMISSION EXPIRES
FEBRUARY 6, 2006
SECTION II.
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
$ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows:
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, 19 ____.

_____
Judge

009

| 1/7/05 | Habeas Corpus denied, Eitas Pafick confused about here other case for he is making false statements. He was not even arrested until over 9 months after the alleged test on 3/99 he was found positive. He was removed from suspended Work Place 10/1/04.

*Johnson, Jay* |

IN THE CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA


Willie FREDRICH          )
        PETITIONER       )
    -US-                 )  CASE NO. CC-99-1623
STATE OF ALABAMA         )
        RESPONDENT       )

**FILED**

JAN 2 1 2005

*Judy Byrd*
JUDY BYRD, CLERK
HOUSTON CO., AL


MOTION FOR RECONSIDERATION
TO VACATE ORDER UNDER
HABEAS RELIEF


COMES NOW PETITIONER Willie FREDRICH
AND PETITION THE HONORABLE Judge To VACATE
his order entered on 1-7-05. Petitioner State
The Following Under good CAUSE.


1. PETITIONER WAS Sentenced To A Total
TERM OF ONLY 3 YEARS IN 2-99.
2. PROBATION ON THIS SENTENCE WAS denied
ON 2-99.
3. THE EOS DATE OF SAID Sentence
2-02.
4. THE COURT'S EOS DATE HAS NOT APPEARED
IN THE WRITTEN ORDER.

PAGE 2

5. PETITIONER AFTER BEING ARRESTED ON A
CITY CHARGE, did AS INSTRUCTED. PETITIONER
CHECKED WITH PROBATION OFFICER where AT
THIS TIME NO RECORD INDICATED ANY PROBATION
TIME.

6. THE COURT'S RECORD SUPPORT THAT UPON
APPEARING BEFORE JUDGE JACKSON. THE HONORABLE
JUDGE ASKED WHAT DEFENDANT WAS CHARGED WITH.

7. THE JUDGE'S RESENTENCE AND REQUIRING
PETITIONER TO REPEAT A SENTENCE THAT END
FULLY IN 2003 IS ERROR OF THIS COURT.

8. THE EXPIRATION OF SENTENCE HAS NOT
BEEN REFUTED AS STATED UNDER OATH BY
PETITIONER.

9. ALABAMA LAW STATES THAT WRIT OF
HABEAS CORPUS IS THE REMEDY TO RELEASE
A INMATE WHO IS BEING ILLEGALLY HELD.

10. THE WRIT OF HABEAS CORPUS lies TO
CALCULATE THE TIME SERVED.

THE COURT Held IN WASHINGTON
V. STATE, 822 So. 2d 465 (ALA. CRIM. APP. 2000)
THAT WRIT OF HABEAS CORPUS, Like Rule
32 MUST be Address IN THE CIRCUIT
COURT WHERE PETITIONER WAS SENTENCE.

PAGE 3

THE CIRCUIT Judge HAS NOT HEARD FROM THE STATE TO A ISSUE That MERITS Your PETITIONER'S TIME HAS EXPIRED By OPERATION OF LAW. UNRefuTED FACTS MUST Be TAKEN AS TRUE. EX PARTE FLOYD, GLOVER V. STATE, 531 So. 2d 705 (ALA. CRIM. APP. 1988)

THE FACTS ARE TRUE PETITIONER HAS NO TIME TO SERVE Where SentenCe OF ONLY 3 years ended IN 2002.

RELIEF

1. THE COURT To ISSUE AN ORDER FOR PETITIONER TO APPEAR BEFORE THE COURT.
2. THE Judge ISSUE AN ORDER RELEASING PETITIONER Where Sentence HAS expired.
3. THE HOUSTON COUNTY Jail has 242 INMATES OVER CAPACITY. THE Release Serves the Best interest of Judical JUSTICE.
4. TO ISSUE AN ORDER FOR THE STATE To Show CAUSE Why PETITIONER'S SENTENCE HAS NOT expired.

RESPECTFULLY

Willie Fredrick

Willie FREDRICK

IN THE CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA

**FILED**

WILLIE FEDRICH
      PETITIONER

-US-

SHERIFF LAMAR GLOVER
      RESPONDENTS

JAN 2 5 2005

*Judy Byrd*

JUDY BYRD, CLERK
HOUSTON CO., AL
CASE NO. CC-99-1623

PETITIONER'S LEGAL FACTS
OF HABEAS CORPUS AND ORDER
OF RECORDS

COMES NOW WILLIE FEDRICH PETITIONER,
AND PURSUANT TO CODE OF ALABAMA 1975
SECTION 15-21-1 HABEAS CORPUS STATES
THE FOLLOWING WHICH GRANTS HIS
IMMEDIATE RELEASE:

1. PETITIONER IS DUE ALL TIME
SERVED FOR THE 3 YEAR CONVICTION
IMPOSED FROM THE CIRCUIT COURT
OF HOUSTON COUNTY, ALABAMA ON 2-99

2. PETITIONER WAS DENIED PROBATION
AND COURT ORDER SENTENCE OF 3 YEARS
WAS ENFORCED. ON 2-99

PAGE 2

3. THE COURT lost ALL JURISDICTION TO RESENTENCE PETITIONER TO ANY TERM UNDER CC-99-1623 FOR POSSESSION OF MARIJUANA AFTER THE SENTENCE ENDED IN 2-02.

THE COURT'S ORDER CLEARLY denied PROBATION. THEREFORE ALL TIME SERVED TO THIS CONVICTION HAS EXPIRED By OPERATION OF ALABAMA LAW.

## LEGAL FACTS

1. ALABAMA LAW CLEARLY STATES When ANY CONVICTED INMATE IS RELEASED TO NO FAULT OF HIS OWN He MUST BE CREDIT TO ALL TIME SERVED McCALL V. STATE ___ ___ (ALA. Cr. M. APP.)

2. THE COURT under STATE V. THOMAS, 833 So.2d 104 (ALA. CRIM. APP. 2002) PETITIONER WAS Credit ALL His Time, AND IMMEDIATE RELEASE ORDERED.

3. THE COURT'S RECORD'S of SENTENCE IS NOT IN PoSSeSSion OF PETITIONER AND IS REQUESTED under CONVICTION REPORT WHICH CLEARLY Provides. EOS

PAGE 3

4. THE SWORN FACTS IN THE PETITION OF HABEAS CORPUS HAS NOT BEEN REFUTED. ALABAMA LAW MANDATES THAT UNREFUTED FACTS MUST BE TAKEN AS TRUE.

5. RESPONDENTS HAVE FAILED TO ANSWER, AND REFUTE SWORN FACTS. EX PARTE FLLOYD SUPRA.

### PETITIONER RELEASE ORDER
### REQUESTED RELIEF

(A) THE HONORABLE JUDGE JACKSON AFTER REVIEWING ALL FACTS, AND EVIDENCE ISSUE AN ORDER GRANTING TIME SERVED FOR CC-99-1623 FOR THE THREE YEAR SENTENCE.

(B) THE HONORABLE JUDGE SET THIS CAUSE FOR FULL HEARING ON _____ ORDER FOR PETITIONER TO BE TRANSPORTED BY SHERIFF OF HOUSTON COUNTY, AL. BEFORE THIS COURT.

RESPECTFULLY

Willie Fedrich

WILLIE FEDRICH
901 E. MAIN ST.
DOTHAN, AL. 36301
DATED 1-20-05

016

| 1-28-05 | Motion denied. |
|---------|----------------|
|         | Edward Jackson, Judge |
|         | (2-1-05 N; Dex Dept) |

017

# IN THE CIRCUIT COURT OF
## HOUSTON COUNTY, ALABAMA

WILLIE HENRY FEDRICK )
         APPELLANT )
    -US- )   CASE NO. CC-99-16238
STATE OF ALABAMA )
        APPELLEE )

## WRITTEN NOTICE OF APPEAL

COMES NOW APPELLANT AND MOVES THIS
COURT TO ISSUE AN ORDER TO MOVE FORWARD
WITH APPEAL. THE FOLLOWING:

1. THE COURT GRANT INDIGENCY ON APPEAL.
2. THE CLERK TO MAKE A FULL TRANSCRIPT FOR
APPEAL.
3. THE COURT TO GRANT ALL RELIEF THAT THIS
APPELLANT IS ENTITLED.

**FILED**

FEB 0 3 2005

*Judy Byrd*
JUDY BYRD, CLERK
HOUSTON CO., AL

RESPECTFULLY
*Willie H. Fedrick*
Willie H. FEDRICK
901 E. MAIN ST
DOTHAN, AL. 36301
2-1-05

2/17/05 Free transcript ordered. *[signature]*

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF  HOUSTON COUNTY
STATE OF ALABAMA VS FEDRICK WILLIE HENRY     JUDGE: SIDNEY E. JACKSON

```
| APPEAL DATE: 02/03/2005
|
| INDIGENCY STATUS:
|   GRANTED INDIGENCY STATUS AT TRIAL COURT:
|   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:   __X__ YES  _____ NO
|   INDIGENT STATUS REVOKED ON APPEAL:               __X__ YES  _____ NO
|   INDIGENT STATUS GRANTED ON APPEAL:               _____ YES  __X__ NO
|                                                    __X__ YES  _____ NO
|
| DEATH PENALTY: NO
|
| APPEAL TYPE: HABEAS CORPUS PETITION
|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.
|
| CO/CASE NUMBER: 38/CC 1999 001623.60
|
| ORDER ENTERED(DATE): 01072005 PETITION: __DISMISSED  X BENIED  __GRANTED
|
| POST-JUDGMENT MOTIONS FILED:   DT FILED      DT DENIED     CON BY AGREE
| ___ MOTION FOR NEW TRIAL       _____      _____     _____
| ___ MOTION FOR JUDG. OF ACQUIT _____      _____     _____
| ___ MOTION TO W/D GUILTY PLEA  _____      _____     _____
| ___ MOTION FOR ATTY TO W/DRAW  _____      _____     _____
| ___ OTHER                      _____      _____     _____
|
| COURT REPORTER(S):
| ADDRESS:                       _____
|                                _____
|                                _____
| APPELLATE COUNSEL #1:
| ADDRESS:                       PRO SE
|
|                                                          00000
| PHONE NUMBER:                  000-000-0000
|
| APPELLATE COUNSEL #2:
| ADDRESS:                       _____
|                                _____
|                                _____
| PHONE NUMBER:                  _____
|
| APPELLANT (PRO SE):            FEDRICK WILLIE HENRY
| ADDRESS:                       C/O HOUSTON COUNTY JAIL
|                                DOTHAN          ,  AL  363010000
| AIS #:
|
| APPELLEE (IF CITY APPEAL):
| ADDRESS:                       _____
|                                _____
|                                _____
```

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 03/08/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO      _____
THIS ACTION ON THIS 8th DAY OF March ,2005   CIRCUIT COURT CLERK

Total # of pages 20

# CERTIFICATE OF COMPLETION AND TRANSMITTAL
## OF RECORD ON APPEAL BY TRIAL CLERK

Willie Fedrick
_____
**Appellant**

**V.**

State of Alabama
**Appellee**

TO: The Clerk of the Court of
        Criminal Appeals of Alabama

Case No. CC-1999-1623.60 _____

Date of Notice of Appeal 02-02-05 _____

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by

assembling ____19____ pages of the Clerk's record, and ____0____ pages of

the Court Reporter's transcript, and that one copy of each of the record on appeal
has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this ____10th____ day of __March_____, __2005__ .

Judy Byrd
_____
Circuit Clerk

Houston
_____
County