IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE HENRY FEDRICK, JR.,   :

   Petitioner,   :

v.   :   CIVIL ACTION 05-0419-BH-M

JIM CUMMINS,   :

   Respondent.   :

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **TRANSFERRED** to the U.S. District Court for the Middle District of Alabama to conduct all further proceedings.

**DONE** this 4th day of November, 2005.

                                          W. B. HAND
                                 SENIOR DISTRICT JUDGE