IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE H. FEDRICK, JR., #240377,    )
    )
       Petitioner,    )
    )
    v.    )    CIVIL ACTION NO. 1:05-CV-1071-F
    )
JOHN CUMMINS, et al.,    )
    )
       Respondents.    )

**O R D E R**

This cause is before the court on a 28 U.S.C. § 2254 petition for habeas corpus relief

filed by Willie H. Fedrick ["Fedrick"], a state inmate, on July 13, 2005.  In this petition,

Fedrick asserts that the conviction imposed upon him by the Circuit Court of Houston

County, Alabama for possession of marijuana is violative of double jeopardy.  Fedrick

further challenges the constitutionality of his confinement based on the sentence imposed for

the aforementioned conviction.  The respondents filed an answer in which they assert that

Fedrick has failed to exhaust state remedies with respect to the claims now pending before

this court.  Specifically, the respondents maintain that Fedrick may file a Rule 32 petition

with the state courts in which he presents each of his claims for relief.  *Respondents' Answer*

at 3.

The law directs that a petition for writ of habeas corpus filed by "a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the [convicting] State ..." 28 U.S.C. § 2254(1)(b)(1)(A).  Upon review of the pleadings filed in this case, it appears that Fedrick has not yet exhausted his available state court remedies with respect to the claims presented in his petition for habeas corpus relief.  This court does not deem it appropriate to rule on the merits of the petitioner's claims without first requiring that the petitioner exhaust state remedies.  *See* 28 U.S.C. § 2254(1)(b)(2).  Accordingly, it is

ORDERED that on or before November 29, 2005 the petitioner shall show cause why his petition should not be dismissed for failure to exhaust state remedies.

Done this 10th day of November, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE