1:05CV1071-F

11/2/05

05-419-BH-M

To whom it may concern,

My name is Willie H. Fedrick Jr. and I am writing you to give you my current address if you have any question about my case. I can be reached at 402 Mona Dr. Apt 1, Dothan, Ala. 36303 and my phone number is 334-794-2038. Thank you for your cooperation.

Sincerely,
Willie

FILED NOV 7 '05 AM 8:58 USDC ALS





United States District Court
Southern District of Alabama
Clerk
113 St. Joseph St.
Mobile, Ala. 36602

36602-3606

Willie Fedrick
402 Mona Dr, Apt 1
Dothan, Al. 36303