IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE H. FEDRICK, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv1071-F |
| ) | (WO) |
| JOHN CUMMINS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **ORDER**

On December 6, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED that the petition for habeas corpus relief is DENIED and the petition DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this the 9th day of January 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE