IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE H. FEDRICK, JR., | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv1071-F |
| | )           (WO) |
| JOHN CUMMINS, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner, and that this action is dismissed without prejudice.

Done this the 9th day of January 2006.

                                           /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE